IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN COGBURN** **PLAINTIFF**
**ADC #181168**

v.                    No: 4:23-cv-00664-LPR-JJV

**ARKANSAS DEPARTMENT**
**OF CORRECTIONS, et al.**                    **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Joe J. Volpe.[1] No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD and careful consideration of the record, the Court concludes that the PRD should be, and hereby is, approved and adopted in its entirety as this Court's findings and conclusions in all respects.

IT IS THEREFORE ORDERED THAT:

(1)    Plaintiff may proceed with his Eighth Amendment conditions of confinement claims against Defendants Arnold and Sanders in their personal capacities only.

(2)    Defendant ADC is DISMISSED with prejudice.

(3)    Plaintiff's official capacity claims against Defendants Arnold and Sanders are DISMISSED without prejudice.

(4)    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

---

[1] Doc. 7.

IT IS SO ORDERED this 24th day of October 2023.

                                                                                            _____
                                                                                            LEE P. RUDOFSKY
                                                                                            UNITED STATES DISTRICT JUDGE